# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-10454

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2018

Lyle W. Cayce
Clerk

IMPACT FULFILLMENT SERVICES, L.L.C.

Plaintiff - Appellant

v.

GRAHAM PACKAGING COMPANY, L.P.; GP OPCO GP, L.L.C.

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-3577

Before KING, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

The judgment of the district court is AFFIRMED for essentially the reasons given in its Findings of Fact and Conclusions of Law filed September 21, 2016.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.